■ BRADFORD B. BROUGHTON, Plaintiff, v FREDERICK V. DONA, JR., et al., Defendants.—Motion by respondents to dismiss, as untimely, appeal from order entered September 2, 1977, denied, without costs. The papers

indicate that the notice of appeal was timely filed on October 11, 1977. In view of this, the late service of the notice on October 13, 1977 can and will be excused by this court (CPLR 5520 (subd [a]). Greenblott, J. P., Sweeney, Kane, Mahoney and Main, JJ., concur.